**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NFC TECHNOLOGY, LLC, § § Plaintiff, § § § v. § § HTC AMERICA, INC. et al., § § Defendants. § § § | Civil Action No. 2:13-cv-1058-JRG **JURY TRIAL DEMANDED** |

**ORDER GRANTING HTC AMERICA, INC.'S UNOPPOSED MOTION
TO WITHDRAW MOTION TO JOIN LG'S
MOTION TO DISMISS OR ALTERNATIVELY TRANSFER**

Before the Court is Defendant HTC America, Inc.'s ("HTC America") Unopposed Motion to Withdraw Its Motion to Join LG's Motion to Dismiss Plaintiff NFC Technology, LLC's ("NFCT") claims against LG pursuant to 35 U.S.C. § 299 or in the alternative, sever NFCT's claims against LG and transfer them to the Southern District of California pursuant to 28 U.S.C. § 1404(a).  After consideration of the motion, and for good cause shown, IT IS HEREBY ORDERED THAT:

HTC America's Unopposed Motion to Withdraw Its Motion to Join LG's Motion to Dismiss is GRANTED, and HTC America's Motion to Join LG's Motion to Dismiss (Dkt. No. 27) is deemed withdrawn.

**So ORDERED and SIGNED this 5th day of March, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE