IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NFC TECHNOLOGY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-CV-1058-WCB |
| HTC AMERICA, INC., ET AL., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants HTC America, Inc. and HTC Corporation's Motion to Stay. Dkt. No. 145. The Court directs the plaintiff, NFC Technology LLC, to respond to the motion by 3 p.m., Central Standard Time, on February 23, 2015. The parties should be prepared to argue the motion following the claim construction hearing, either on the afternoon of February 25, 2015, or the morning of February 26, 2015.

IT IS SO ORDERED.

SIGNED this 12th day of February, 2015.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1